Submitted February 4, reversed and remanded March 23, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

WILLIE LEE TURNER,
*Defendant-Appellant.*

Multnomah County Circuit Court
080733290; A142938

249 P3d 1290

Peter Gartlan, Chief Defender, and Anne Fujita Munsey, Senior Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Matthew J. Lysne, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Rosenblum, Judge, and Sercombe, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals, challenging convictions following a jury trial on three counts of first-degree sodomy, ORS 163.405; three counts of first-degree sexual abuse, ORS 163.427; one count of private indecency, ORS 163.467; and three counts of endangering the welfare of a minor, ORS 163.575. He assigns error to the trial court's admission, over his objection, of evidence of a nurse practitioner's diagnosis, made in the absence of any physical evidence, that the victim had been sexually abused.

On appeal, defendant contends, in part, that, pursuant to *State v. Southard*, 347 Or 127, 218 P3d 104 (2009), the trial court's admission of the diagnosis was reversible error.[1] The state concedes that, in light of *Southard*, "the trial court committed reversible error" in admitting that evidence. According to the state, "[t]he proper remedy is to reverse defendant's convictions and remand for a new trial." The state's concession is well founded, and, accordingly, we accept it. Thus, we reverse and remand for a new trial.

Reversed and remanded.

---

[1] In light of our resolution of defendant's first assignment of error, we do not reach his second assignment, that, in light of *State v. Lupoli*, 348 Or 346, 234 P3d 117 (2010), the trial court committed plain error in admitting testimony from the nurse practitioner "regarding her assessment of the victim's statements that formed the basis for her medical diagnosis of sexual abuse."